IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY ARNOLD,<br>As Next Friend for T.B., a minor, | ) )<br>) | |
| Plaintiff, | ) )<br>) | |
| v. | ) )<br>) | No. 23-03070-CV-S-DPR |
| SPRINGFIELD R-XII SCHOOL DISTRICT, | ) )<br>) | |
| Defendant. | ) | |

## **ORDER**

    Before the Court is the Joint Application for Approval of Minor Settlement. (Doc. 22.) The parties move for an order approving a settlement of Plaintiff's claims on behalf of her minor child against Defendant. Based on the motion and documents submitted in support, the settlement agreement appears to meet the requirements of subsection 2 of Mo. Rev. Stat. § 436.700. As a result, no court approval or review is required. Mo. Rev. Stat. § 436.700.7.

    Based on the foregoing, and with the agreement of the parties, the Joint Application for Approval of Minor Settlement is deemed unnecessary and therefore moot. On or before November 3, 2023, Plaintiffs shall file a stipulation of dismissal signed by all parties.

    **IT IS SO ORDERED.**

                                                                /s/ *David P. Rush*
                                                               DAVID P. RUSH
                                                                UNITED STATES MAGISTRATE JUDGE

DATE: October 13, 2023